IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KIMBERLY KEIGHTLEY,**                                3:12-CV-01387 RE

        Plaintiff,                                **JUDGMENT**

        v.

**CAROLYN W. COLVIN,** Acting
Commissioner of Social Security,

        Defendant.

**REDDEN**, Judge:

    The decision of the Commissioner is affirmed. This action is dismissed.

IT IS SO ORDERED.

Dated this ⎯11⎯ day of November, 2013.

                                                        /s/ James A. Redden
                                                        James A. Redden
                                                        United States District Judge

JUDGMENT